EDNA BOWENS v. WHITSIG, INC.

September 27, 1977. Petition for certification denied.

SOL TOOL COMPANY, INC. v. UNICORP, INC.

September 27, 1977. Petition for certification denied.

CALDWELL CHRYSLER-PLYMOUTH, INC. v. MODULAR ENGINEERING, INC.

September 27, 1977. Petition for certification denied.

CITY OF BAYONNE v. PORT JERSEY CORPORATION.

September 27, 1977. Petition for certification granted.

ALEXANDER BELLAFRONTE v. GENERAL MOTORS CORPORATION.

September 27, 1977. Petition for certification denied. (See 151 *N. J. Super.* 377)

ERIC C. YANTZ v. FRANK CILURSO.

September 27, 1977. Petition for certification denied.